No. 666, Misc. LATHAM ET AL. *v.* CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied. *Lawrence Speiser* and *Bernard Roazen* for petitioners. *William M. Ferguson*, Attorney General of Kansas, and *J. Richard Foth* and *Park McGee*, Assistant Attorneys General, for respondent.

No. 636, Misc. GOINS *v.* RUNDLE, CORRECTIONAL SUPERINTENDENT, ET AL. Supreme Court of Pennsylvania. Certiorari denied.

No. 642, Misc. BURNS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 684, Misc. SCHEXNAYDER *v.* HUNTER, U. S. DISTRICT JUDGE. C. A. 5th Cir. and Supreme Court of Louisiana. Certiorari denied. *J. Minos Simon* for petitioner. *Nolan J. Edwards* and *Samuel W. Plauche, Jr.* for respondent.

No. 693, Misc. PEPPENTENZZA *v.* RHAY, PENITENTIARY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 702, Misc. LYLES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 708, Misc. PEALO *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.